IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
                               :
WILLIAM HOUSTON,               :    CIVIL ACTION
                               :
             Plaintiff,        :
                               :
      v.                       :    No. 03-3494
                               :
EASTON AREA SCHOOL DISTRICT,   :
                               :
             Defendant.        :
_____:
```

**ORDER**

AND NOW, this 8th day of October, 2008, upon consideration of Plaintiff's Motion to Reconsider Order of October 3, 20005 Granting in Part, Motion in Limine (Dkt. No. 55), and the Answer thereto, it is hereby ORDERED that the Motion to is DENIED.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN
UNITED STATES MAGISTRATE JUDGE