**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
_____  :
                                 :
WILLIAM HOUSTON,                 :    CIVIL ACTION
                                 :
              Plaintiff,          :
                                 :
        v.                       :    No. 03-3494
                                 :
EASTON AREA SCHOOL DISTRICT,     :
                                 :
              Defendant.          :
_____  :
```

## ORDER

AND NOW, this  23rd  day of December, 2009, upon consideration of Plaintiff's Motion to Vacate Waiver of Jury Trial (Dkt. No. 85), Defendant's Answer and Brief in Opposition to Plaintiff's Motion (Dkt. Nos. 86, 87), and Plaintiff's Reply to Defendant's Answer (Dkt. No. 89), consistent with the accompanying Memorandum, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge