

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM HOUSTON

v.

EASTON AREA SCHOOL DISTRICT

FILED

MAR 08 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

2-CV-03-3494

## O R D E R

AND NOW, this 5TH day of MARCH, 2010, in accordance with the verdict of the jury, IT IS ORDERED that judgment is ENTERED in favor of the DEFENDANT, and against the PLAINTIFF.

The clerk is directed to close the docket for statistical purposes.

BY THE COURT:

_____
HENRY S. PERKIN
U.S.M.J.