## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HOUSTON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 03-3494 |
| EASTON AREA SCHOOL DISTRICT, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 25th day of October, 2010, upon consideration of Plaintiff's Motion for New Trial (Document No. 130) filed on March 11, 2010 and Defendant's Response (Document No. 131) filed on March 26, 2010, and for the reasons stated in the accompanying Memorandum,

**IT IS ORDERED** that the Motion for New Trial is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge